UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON EUGENE GATES,

    Petitioner,                                     Case No. 23-cv-10912
                                                     Hon. Matthew F. Leitman

v.

PAUL SCHREIBER,

    Respondent.

_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the Petition for a writ of habeas corpus is **DISMISSED**; a Certificate of Appealability is **DENIED**; and leave to appeal *in forma pauperis* is **GRANTED**.

                                                  KINIKIA ESSIX
                                                  CLERK OF COURT

                                By:    s/Holly A. Ryan
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 3, 2024
Detroit, Michigan